IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02779-LTB-KMT

SHERI CARTER,

     Plaintiff,

v.

WESTMINSTER POLICE DEPARTMENT OFFICER J.E. MCGUIRE, in his individual capacity,

     Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITION OF THOMAS J. CARTER

---

This matter is before the Court on Defendant's Unopposed Motion for Leave to take Deposition of Thomas J. Carter (Doc. No. 20, Filed August 9, 2013). The Court hereby Orders that the Motion is Granted.

The Court finds that Thomas J. Carter, who is currently incarcerated at the Sterling Correctional Facility, has information relevant to the claims of this case. It has been represented to the Court that Mr. Carter may soon be transferred to another correctional facility, though the date of transfer or new location has not yet been made public. Defendant is granted leave to take the deposition of Thomas J. Carter, whatever the location of his incarceration, in accordance with Fed. R. Civ. P. 26 and 30.

Date: August 12, 2013                         BY THE COURT:

                                                          _____
                                                          Kathleen M. Tafoya
                                                          United States Magistrate Judge