# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   12-cv-02779-LTB-KMT

SHERI CARTER,

       Plaintiff,

v.

WESTMINSTER POLICE DEPARTMENT OFFICER J.E. MCGUIRE, in his individual and official capacity,

       Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 31 - filed December 6, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                         BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   December 9, 2013